# UNITED STATES DISTRICT COURT
## BOSTON, MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 05-10082-WGY
)
MICHAEL FULLER )
)

## MOTION FOR ADMISSION PRO HAC VICE

The Clerk of the United States District Court in and for Boston, Massachusetts will please enter an Appearance of the undersigned attorney for the Defendant, MICHAEL FULLER in the above entitled cause for trial and sentencing purposes only.

FEE PAID:
RECEIPT # 63789
AMOUNT $ 50.00
DPTY CLK

Respectfully Submitted,

SAMUEL J. MONTESINO, P.A.
Attorney for the Defendant
2161 Palm Beach Lakes Blvd., Suite 308
West Palm Beach, Florida 33409
Tel. (561) 721-3322  Fax. (561) 721-3366

BY: _____
SAMUEL J. MONTESINO
Florida Bar No. 0043011



# THE FLORIDA BAR

650 APALACHEE PARKWAY
TALLAHASSEE, FL 32399-2300

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLABAR.ORG

State of Florida )

County of Leon )

C
O
P
Y

In Re:   43011
Samuel Joseph Montesino
2161 Palm Beach Lakes Boulevard
Suite 308
West Palm Beach, Florida

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on January 18, 1995.

I FURTHER CERTIFY that said attorney is a member in good standing of The Florida Bar.

I FURTHER CERTIFY that said attorney has chosen a voluntary exemption from The Florida Bar's continuing legal education requirement, allowed for basic skills courses.

I FURTHER CERTIFY that, with respect to such exemption, said member may be immediately authorized to engage in the complete delivery of legal services within the State of Florida, or to give advice on all matters of Florida law, upon merely advising The Florida Bar of a desire to have such exemption lifted, thereby reactivating said member's obligation for CLE credits on a prospective basis.

Dated this 22nd day of May, 2002.

Mildred Wilson
Supervisor, Membership Records
The Florida Bar

MW/eaW8:R14