UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) CRIMINAL NO. 05-10082-WGY
MICHAEL FULLER )
    Defendant )

**MOTION TO EXCLUDE TIME**

    The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant U.S. Attorney Carmen M. Ortiz, hereby move this Honorable Court pursuant to United States Code §3161(h)(8)(A) that the period from April 26, 2005, the date of the Defendant's Initial Appearance, up to and including June 15, 2005, the date on which a Rule 11 hearing is scheduled to be held, be excluded from computation under the Speedy Trial Act of the time within which this case must be tried.  As reasons therefore, the government submits that this time has been necessary to allow the parties an opportunity to discuss resolving this case short of trial, by way of defendant pleading guilty.  An order permitting such exclusion may properly be entered upon finding by the Court that the ends of justice served by granting such an exclusion outweigh the best interests of the public and the defendant in a speedy trial.

    WHEREFORE, the government respectfully requests that the Court enter a written order of excludable delay covering the period from April 26, 2005 through June 15, 2005, for a total of 50 days.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Carmen M. Ortiz
                              Carmen M. Ortiz
                              Assistant U.S. Attorney

Date: May 24, 2005
```