UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 DEC 16  A 8:50

UNITED STATES OF AMERICA, )
)
v. ) CASE NO. 05-10082-WGY
) DISTRICT COURT
MICHAEL FULLER. ) DISTRICT OF MASS.

## UNOPPOSED MOTION TO EXTEND SELF SURRENDER DATE

**COME NOW**, the Defendant, MICHAEL FULLER, by and through his undersigned counsel along with AUSA Carmen Ortiz who has no objection to this Motion and respectfully requests this Honorable Court to grant this request to extend the self-surrender date currently scheduled for December 28th 2005 for two weeks until January 12th 2006. And as grounds for granting this Motion, the Defendant states:

1. MICHAEL FULLER currently is on bond with a pending self-surrender date of December 28th 2005 to begin serving a sentence of sixteen (16) months incarceration. The current date was set in open court at the time sentence was imposed.

2. Since that time MICHAEL FULLER has had medical complications arise in connection with his wife. As a result, MICHAEL FULLER would need an extra two weeks to assure care-giving arrangements for his wife.

3. The undersigned has confirmed with AUSA Carmen Ortiz and the Government has no objection to this Motion.

**WHEREFORE**, the Defendant respectfully requests this Honorable Court to Extend the Self Surrender Date until January 12th 2006 pursuant to this Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Assistant U.S. Attorney, CARMEN M. ORTIZ, U.S. Attorney's Office, Suite 9200, 1 Courthouse Way, Boston, MA 02210, U.S. Probation Officer, thru facsimile and regular U.S. Mail, this 15th day of DECEMBER, 2005.

Respectfully Submitted,

SAMUEL J. MONTESINO, P.A.
Attorney for the Defendant
2161 Palm Beach Lakes Blvd., Suite 308
West Palm Beach, Florida 33409
Tel. (561)721-3322  /  Fax. (561)721-3366

BY: _____
SAMUEL J. MONTESINO
Florida Bar Number: 0043011

CC.
HONORABLE WILLIAM G. YOUNG
Chief U.S. District Court Judge
1 Courthouse Way
Boston, MA 02210