UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) CASE NO. 05-10082-WGY |
| MICHAEL FULLER. | ) |

### MOTION FOR COURT RECOMMENDATION TO ALLOW DEFENDANT ACCESS TO ESSENTIAL MEDICATIONS

**COME NOW**, the Defendant, MICHAEL FULLER, by and through his undersigned counsel and respectfully requests this Honorable Court to enter a recommendation to the Bureau of Prisons to allow the Defendant to bring his own specialized medications to Miami FCI while serving his 16 month period of incarceration. Attached to this motion are both a synopsis of Michael Fullers Medical conditions along with the attendant prescriptions. See Appendix One. Due to BOP policies, while a court's recommendation is not binding on the BOP and its internal policies, a court recommendation may facilitate an inmate's request to bring his prescription medications into the facility at the time he is processed. If a recommendation is not forthcoming, oftentimes a severe lag time may ensue due to bureaucratic delays. Such delays, especially in light of Michael Fuller's ongoing medical conditions, could be life-threatening. The Defendant specifically herein lists the medications he would be requesting to be allowed to bring into the BOP facility along with the daily dosage and the condition which the medications are to treat. These are specifically :

#### A) HYPERTENSION

1) *CARDIZEM CD*- 120 mg. dosage which is taken three times daily.

2) *ZESTRIL*- 20 mg. dosage which is taken twice-daily

#### B) LUNG INFECTION

1) *TEQUIN*- 400 mg. Which is to be taken once daily or as needed

#### C) ANTI- STROKE

1) *AGRENOX*-Which is to be taken once daily

#### D) SKIN INFECTIONS

1) *DERMATOPE* - .01% cream

**WHEREFORE**, the Defendant respectfully requests this Honorable Court to enter this recommendation pursuant to this Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Assistant U.S. Attorney, CARMEN M. ORTIZ, U.S. Attorney's Office, Suite 9200, 1 Courthouse Way, Boston, MA 02210, U.S. Probation Officer, thru facsimile and regular U.S. Mail, this 6th day of January, 2006.

Respectfully Submitted,

SAMUEL J. MONTESINO, P.A.
Attorney for the Defendant
2161 Palm Beach Lakes Blvd., Suite 308
West Palm Beach, Florida 33409
Tel. (561)721-3322 / Fax. (561)721-3366

BY: _____
SAMUEL J. MONTESINO
Florida Bar Number: 0043011

CC.
HONORABLE WILLIAM G. YOUNG
Chief U.S. District Court Judge
1 Courthouse Way
Boston, MA 02210